**682 CAMPBELL vs. CIRCUIT JUDGE (Wayne), No. 15845; 69 N. W., 514; 3 D. L. N., 635.**

To vacate a default judgment, on the application of one of several defendants, where the affidavit of service alleges that affiant served the declaration on the defendants, named in the declaration, by delivering to "said defendants" a true copy thereof, and the showing made by relator, in the court below and here, is that

the declaration was not served upon relator nor was any notice given him of the subsequent proceedings.

Granted December 18, 1896, with costs.